Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391

Brian Igel (BI 4574)
bigel@bilawfirm.com
BELLIZIO + IGEL PLLC
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Telephone:    (212) 873-0250
Facsimile:    (646) 395-1585
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>AIILLIWE, AMASHIUSA, CHEN SHULING'S, COZY-US, DAUDAN700, DHNINE, DW TECH LIMITED., EAST DEACONS, FHSJ, FRSHALOUIS, GORJMR, GUANGZHOUWANGPUMAOYIYOUXIANGON, HAOMAISHANGMAO, HENGRUIQI FINANCIAL CONSULTING, HONG KONG FORTUNE SWING ELECTRONICS CO., LIMITED, JUSCH, KANGBLI, KEUCHIMN, LEMINXIAODIAN, MEIXUEYUETISHANGMAOYOUXIANGONGSI, MENGCHENGXIANQUNRUISHANGMAOYOUX IANGONGSI, MORETOMATOES, NEW ENERGY REAL ESTATE(HK)LIMITED., NSCY BOUTIQUE | 21-cv-5858 (LAK)<br><br>~~[PROPOSED]~~<br>**UNSEALING ORDER** |

GROCERY STORE, NUANTONG, PANLAX, QUANZHOU FUXI CATERING CO., LTD., RAOWEIYAO, REDPOWAIR, RENRUYI AUTO BEAUTY SHOP, SHENLIHONGDERR, SHENYTYTIOY, SHIEHER, SPNDNFE, TAIXINGUI, TRADITIONES, TUOSHENG V STORE, UTRATEONGS, WIKD, XIEJUANDUJIANZHUCAILIAO, XIUYANMANZUZIZHIXIANWEICHENGXINGBAIHUODIAN, YIWUJINSHANGYILIAOQIXIEYOUXIANGONGSI, YIWUXIANGYUFUSHIYOUXIANGONGSI, YOU ZHI QING, YPDKJ, YYSWEOKP, ZHANGXIAOQINGSDAY, ZHIXUEGAINIAN, ZHOUZONGJINLKX and ZXMYBDZXM369,

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 25 day of Aug., 2021, at 6:54 p.m.
New York, New York

HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE